IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL A. SCHILLINGER,

    Plaintiff,

  v.

C.O. KILEY, C.O. STARKEY, and
SGT. MATTI,

    Defendants.

Case No.  20-cv-679-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 7/27/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |