IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL A. SCHILLINGER,
        Petitioner,

v.

Case No. 20-cv-679

C/O RANDY STARKEY, JOSH KILEY
SGT. RICHARD MATTI.
        Respondent.

## NOTICE OF APPEAL
## TO THE US COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Notice is hereby given that Daniel A. Schillinger, the petitioner, hereby appeals to the united States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on July 27, 2021. (This Court denied relief)

Respectfully Submitted,

Daniel A. Schillinger #135201
Racine Correctional Institution
P.O. Box 900 Walworth
Sturtevant, WI 53177

Petitioner

**certificate of service**

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, this 17th day of August, 2021 to the Attorney General, Josh Kaul, Wis Dept. of Justice